588

360 A.2d 652

Commonwealth ex rel. Gravinese v. Gravinese,
Appellant.

Argued June 16, 1976.

Robert J. Kerns, with him Landis, Williams & Kerns, for appellant; Michael J. Sheridan, with him Fox, Differ, Callahan & Ulrich, for appellee.

Order affirmed.

360 A.2d 656

Commonwealth ex rel. Gulian, Appellant, v.
Bartch.

Argued June 22, 1976.

John P. Gregg, with him High, Swartz, Roberts & Seidel, for appellant. Mark E. Weand, Jr., with him Timoney, Knox, Avrigian & Hasson, for appellee.

Order affirmed.